# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LEE WALNER, | Case No.: 1:16-cv-01646 - JLT |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED JUNE 16, 2017 |
| v. | (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 22, 2017, the Court issued an Order to Show Cause to Johnnie Lee Walner, to show cause why the action should not be dismissed for his failure to prosecute or to follow the Court's order to serve a confidential letter brief upon the Commissioner. (Doc. 15) Plaintiff filed a timely response to the Court's order on June 22, 2017, asserting, it appears, that he had not received the Court's Scheduling Order, requiring him to serve the letter brief upon the Commissioner in a timely manner. (Doc. 16) In addition, Plaintiff filed a request for an extension of time, which the Court construes to be a request for an extension to serve the letter brief.[1] (Doc. 17)

As the Court informed Plaintiff, he must serve "a letter brief outlining the reasons why he[] contends that a remand is warranted. The letter brief shall succinctly set forth the relevant issues and

---

[1] Plaintiff fails to identify why he needs an extension of time or as to which deadline he believes the extension applies. Given the prior order to show cause and the information provided in the response, it appears the request is for a continuation of the service deadline for the letter brief.

1

reasons for the remand. The letter brief itself shall NOT be filed with the court and it shall be marked 'confidential.'" (Doc. 7-1 at 2) Plaintiff shall file "[a] separate proof of service reflecting that the letter brief was served" upon the Commissioner. (*Id.*) Accordingly, the Court **ORDERS**:

1. The Order to Show Cause dated June 16, 2017 (Doc. 15) is **DISCHARGED**;
2. Plaintiff's request for an extension of time (Doc. 17) is **GRANTED**; and
3. Plaintiff SHALL file proof of service of the required confidential letter brief no later than **July 31, 2017**.

**Plaintiff is advised that failure to file to serve the letter brief and to file the proof of service will result in a finding that he has abandoned this action, and the matter will be dismissed for failure to prosecute and failure to comply with the Court's orders.**

IT IS SO ORDERED.

Dated: **June 29, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE